UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICHARD SANDERSON                                          CIVIL ACTION

VERSUS

PROGRESSIVE INSURANCE                        NO.: 3:13-cv-00739-BAJ-RLB
COMPANY, ET AL.

## RULING AND ORDER

Before the Court is Plaintiff's Motion to Remand. (Doc. 3). The Magistrate Judge has issued a **REPORT (Doc. 7)** recommending that Plaintiff's Motion be denied, (*id.* at p. 7). There is no objection to the Magistrate Judge's Report.

Having independently considered Plaintiff's Motion to Remand and related filings, the Court **APPROVES** the Magistrate Judge's **REPORT (Doc. 7),** and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's **MOTION TO REMAND (Doc. 3)** is **DENIED** for the reasons explained in the Magistrate Judge's Report (Doc. 7).

Baton Rouge, Louisiana, this 1ˢᵗ day of July, 2014.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA